# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 09, 2024

Ms. Amanda M. Fielder
Warner Norcross & Judd
150 Ottawa Avenue, N.W.
Suite 1500
Grand Rapids, MI 49503

Ms. Christine Flack
National Labor Relations Board
1015 Half Street, S.E.
Fourth Floor
Washington, DC 20003

Re: Case No. 24-1754, *Yapp USA Automotive Systems, Inc. v. Jennifer Abruzzo, et al*
Originating Case No. : 2:24-cv-12173

Dear Counsel,

This appeal has been docketed as case number **24-1754** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **September 23, 2024**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
|  | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |
|  |  |
| Appellee: | Appearance of Counsel |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Michelle R. Lambert
Case Manager
Direct Dial No. 513-564-7035


Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-1754

YAPP USA AUTOMOTIVE SYSTEMS, INC.

      Plaintiff - Appellant

v.

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency; JENNIFER A. ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board; LAUREN M. MCFERRAN, in her official capacity as the Chairman of the National Labor Relations Board; MARVIN E. KAPLAN, in his official capacities as Board Members of the National Labor Relations Board; GWYNNE A. WILCOX, in her official capacities as Board Members of the National Labor Relations Board; DAVID M. PROUTY, in his official capacities as Board Members of the National Labor Relations Board; ARTHUR AMCHAN, in his official capacity as an Administrative Law Judge of the National Labor Relations Board

      Defendants - Appellees