

**UNITED STATES GOVERNMENT**
**NATIONAL LABOR RELATIONS BOARD**
**OFFICE OF THE GENERAL COUNSEL**
**Contempt, Compliance, and Special Litigation Branch**

1015 Half Street SE, Fourth Floor, Washington, D.C. 20570

September 17, 2024

**BY CM/ECF TO ALL PARTIES**
Michelle R. Lambert
Case Manager
United States Court of Appeals for the Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202-3988

      Re: *Yapp USA Automotive Systems, Inc. v. National Labor Relations Board, et al.*
           Case No. 24-1754

Dear Ms. Lambert:

      Defendants-Appellees in the above-captioned matter submit this letter regarding the Emergency Motion for Injunction & Stay Pending Appeal filed today, September 17, 2024, by Appellant Yapp USA Automotive Systems, Inc. (YAPP) [ECF Doc. 15-1]. Defendants intend to respond by September 27, 2024, pursuant to the 10-day response time set forth in Federal Rule of Appellate Procedure 27(a)(3)(A). Under Rule 27(a)(4), YAPP's reply to the Board's response would be due by October 4, 2024.

      The apparent "emergency" that YAPP refers to in its motion is an administrative hearing that is currently scheduled to begin on October 15, 2024. [ECF Doc. 15-1, at 1, 4; *see also* ECF Doc. 15-2]. Accordingly, even assuming YAPP takes the full 7 days to file any reply, all briefing under the standard timelines afford this Court at least 10 days to decide this matter prior to the administrative hearing that YAPP is seeking to enjoin.

      In addition, it appears that YAPP has not complied with the Court's rules for emergency motions, requiring moving parties to attach the notice of appeal, the order appealed from, and any other parts of the record necessary to decide the motion. *See* 6 Cir. R. 27(c)(2).

      Respectfully submitted,

s/ Michael Dale
MICHAEL S. DALE
*Trial Attorney*
Tel: (202) 273-0008
Email: michael.dale@nlrb.gov

CHRISTINE FLACK
*Supervisory Attorney*
Tel: (202) 273-2842
Email: christine.flack@nlrb.gov

*Attorneys for Defendants-Appellees*
*National Labor Relations Board*