# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **24-1754**  Case Manager: **Michelle R. Lambert**

Case Name: **YAPP USA Automotive Systems, Inc. v. National Labor Relations Board et al**

Is this case a cross appeal? ☐ Yes  ☑ No
Has this case or a related one been before this court previously? ☐ Yes ☑ No
If yes, state:
 Case Name: _____ Citation: _____
 Was that case mediated through the court's program? ☐ Yes ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **National Labor Relations Board; Jennifer A. Abruzzo; Lauren M. McFerran; Marvin E. Kaplan; Gwynne A. Wilcox; David M. Prouty; Arthur Amchan**
>
> **This appeal seeks to enjoin the NLRB, both preliminarily and permanently, from conducting an unfair labor practice proceeding against Appellant YAPP USA on the grounds that the NLRB's structure, and thus its administrative proceeding, is unconstitutional and challenging the constitutionality of the NLRB seeking certain damages through an administrative hearing in violation of the Seventh Amendment. This appeal raises the following issues:**
>
> **1.  Are members of the NLRB unconstitutionally shielded from Presidential removal?**
> **2.  Is the administrative law judge presiding over the unfair labor practice proceeding unconstitutionally shielded from Presidential removal?**
> **3.  Are the damages being sought by the NLRB in the administrative proceeding in violation of the Seventh Amendment?**

**This is to certify that a copy of this statement was served on opposing counsel of record this  26  day of           September     ,    2024    .**   **s/Tim K. Garrett**
                                                                                                                                Name of Counsel for Appellant