OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
331 POTTER STEWART U.S. COURTHOUSE

CATHERINE C. GEYER
 *Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330
FAX (513) 564-7349

October 3, 2024

Steven Bieszczat
Michael Samuel Dale
Amanda M. Fielder
Christine Flack
Timothy K. Garrett
Robert W. Horton
Matthew T. Nelson
Hunter Kee Yoches

    Re: *Yapp USA Automotive Systems, Inc. v. National Labor Relations Board, et al,*
        CA No. 24-1754

## **CANCELATION NOTICE**

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for **October 7, 2024**, is hereby **CANCELED**.

        Sincerely,

        *Connie A. Weiskittel*

        Connie A. Weiskittel
        Mediation Administrator

cc:    Catherine C. Geyer