UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-1754**

Case Title: **YAPP USA Automotive Systems, Inc.** vs. **NLRB, et al.**

List all clients you represent in this appeal:

> **International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and its Local 174**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☑ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Maneesh Sharma**   Signature: s/ **Maneesh Sharma**

Firm Name: **AFL-CIO**

Business Address: **815 16th St. NW**

City/State/Zip: **Washington, DC 20006**

Telephone Number (Area Code): **(202)637-5336**

Email Address: **msharma@aflcio.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17