# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: November 08, 2024

Mr. Steven Bieszczat

Mr. Michael Samuel Dale

Ms. Amanda M. Fielder

Ms. Christine Flack

Mr. Timothy K. Garrett

Mr. Robert W. Horton

Mr. Matthew T. Nelson

Mr. Maneesh Sharma

Mr. Hunter Kee Yoches

Re: Case No. 24-1754, *Yapp USA Automotive Systems, Inc. v. National Labor Relations Board, et al*  
Originating Case No. 2:24-cv-12173

Dear Counsel,

Briefing in this case will be held in abeyance temporarily pending the court's ruling on International Union, UAW and its Local 174's motion to intervene. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely,

s/Michelle R. Lambert
Case Manager
Direct Dial No. 513-564-7035