No. 24-1754
___

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
___

YAPP USA AUTOMOTIVE SYSTEMS, INC.

                                                        **Plaintiff-Appellant,**

v.

**NATIONAL LABOR RELATIONS BOARD**, a federal administrative agency; **JENNIFER A. ABRUZZO**, in her official capacity as the General Counsel of the National Labor Relations Board; **LAUREN M. MCFERRAN**, in her official capacity as the Chairman of the National Labor Relations Board; **MARVIN E. KAPLAN**, in his official capacities as Board Members of the National Labor Relations Board; **GWYNNE A. WILCOX**, in her official capacities as Board Members of the National Labor Relations Board; **DAVID M. PROUTY**, in his official capacities as Board Members of the National Labor Relations Board; **ARTHUR AMCHAN**, in his official capacity as an Administrative Law Judge of the National Labor Relations Board,

                                                   **Defendants-Appellees,** and

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), AND ITS LOCAL 174,**

                                                   **Intervenors.**
___

**APPELLEES' NOTICE OF EVENTS SUBSEQUENT TO APPEAL**

Defendants-Appellees National Labor Relations Board, *et al.* ("NLRB"), file

1

this Notice to inform the Court of recent events that have transpired since appeal was taken by Plaintiff-Appellant YAPP USA Automotive Systems, Inc. ("YAPP") in this matter. The Court may take judicial notice of the following pursuant to *United States v. Ferguson*, 681 F.3d 826, 834 (6th Cir 2012) because these facts are not subject to reasonable dispute and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned:

1. The underlying unfair-labor-practice hearing was held before an administrative law judge (ALJ) of the NLRB. The hearing concluded on October 18, 2024. The parties have filed post-hearing briefs, but the ALJ has not yet issued a decision. *See* Case 07-CA-320369, https://www.nlrb.gov/case/07-CA-320369 (last visited Feb. 14, 2025).

2. The term of NLRB Chairman Lauren M. McFerran expired on December 16, 2024, and the seat she occupied is now vacant. *See* https://www.nlrb.gov/about-nlrb/who-we-are/the-board (last visited Feb. 14, 2025).

3. On January 27, 2025, President Trump removed NLRB Board Member Gwynne A. Wilcox prior to the end of her term. *See* Exhibit A, Email from Trent Morse, Deputy Director for the Office of Presidential Personnel, to Jennifer A. Abruzzo, General Counsel

of the NLRB, and Gwynne A. Wilcox, Board Member of the NLRB (Jan. 27, 2025).[1]

4. The Board now has only two sitting members. *See id.* Accordingly, pursuant to Section 3(b) of the Act, the Board lacks a quorum of members to review any ALJ-recommended findings and orders in the underlying unfair-labor-practice proceedings at issue in these consolidated cases. 29 U.S.C. § 153(b).

5. On February 5, 2025, former NLRB Board Member Gwynne A. Wilcox filed an action in the U.S. District Court for the District of Columbia in *Wilcox v. Trump*, No. 1:25-cv-00334, challenging her removal under section 3(a) of the National Labor Relations Act, 29 U.S.C. § 153(a).

6. Since Member Wilcox's removal by the President, the Acting Solicitor General has taken the position that the statutory restrictions on the removal of NLRB members and the multiple layers of removal restrictions for ALJs violate the Constitution. *See* Exhibit B, Letter from Sarah M. Harris, Acting Solicitor General, to the Honorable Mike Johnson, Speaker of the United States

---

[1] The FOIA processing platform used by the NLRB caused the attached email to reflect January 28, 2025, rather than January 27, 2025, due to a setting that converted the timestamp to Coordinated Universal Time (UTC).

3

House of Representatives (Feb. 12, 2025); Exhibit C, Letter from Sarah M. Harris, Acting Solicitor General, to the Honorable Mike Johnson, Speaker of the United States House of Representatives (Feb. 20, 2025).

          Respectfully submitted,

          KEVIN P. FLANAGAN
          *Deputy Asst. General Counsel*

          STEVEN A. BIESZCZAT
          *Attorney*

          CRAIG EWASIUK
          *Attorney*

          <u>/s/ Michael Dale</u>
          MICHAEL S. DALE
          *Supervisory Attorney*
          NATIONAL LABOR RELATIONS BOARD
          1015 Half Street S.E., 4th Floor
          Washington, DC 20570
          Tel: (202) 273-0008

Dated: February 25, 2025
      at Washington, D.C.

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ Michael Dale
MICHAEL S. DALE
*Supervisory Attorney*
Tel: (202) 273-0008
Facsimile: (202) 273-4244
Email: michael.dale@nlrb.gov

NATIONAL LABOR RELATIONS BOARD
*Contempt, Compliance, and*
*Special Litigation Branch*
1015 Half Street, S.E. - 4th Floor
Washington, DC 20570

Dated this 25th day of February, 2025.