No. 24-1754

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

YAPP USA AUTOMOTIVE SYSTEMS, INC.,

Plaintiff-Appellant,

v.

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 174,

Intervenor,

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency;
JENNIFER ABRUZZO, in her official capacity as the General Counsel of the
National Labor Relations Board; LAUREN M. McFERRAN, in her official
capacity as the Chairman of the National Labor Relations Board; MARVIN E.
KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official
capacities as Board Members of the National Labor Relations Board; and
ARTHUR AMCHAN in his official capacity as an Administrative Law Judge of
the National Labor Relations Board,

Defendants-Appellees.

On Appeal from the United States District Court
for the Eastern District of Michigan
Docket No. 2:24-cv-12173
The Honorable Laurie J. Michelson

**STIPULATED DISMISSAL**

The parties, pursuant to Federal Rule of Appellate Procedure 42(b)(1), agree to dismiss the above-captioned appeal without prejudice, and with each party bearing its own costs.

Respectfully submitted,

Dated: July 28, 2025

*s/ Matthew T. Nelson*
Matthew T. Nelson
Amanda M. Fielder
Warner Norcross + Judd LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
(616) 752-2000
mnelson@wnj.com

Timothy K. Garrett
Robert W. Horton
Hunter K. Yoches
Bass Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
tgarrett@bassberry.com

*Attorneys for Plaintiff-Appellant*

Dated: July 28, 2025

*s/ Maneesh Sharma (with permission)*
Maneesh Sharma
AFL-CIO
815 – 16th Street NW
Washington, DC 20006

*Attorneys for Intervenor*

Dated:  July 28, 2025

<u>*s/ Michael S. Dale (with permission)*</u>
Michael S. Dale
Supervisory Attorney
National Labor Relations Board
1015 Half Street SE, 4th Floor
Washington, DC 20570
(202) 273-0008

Kevin P. Flanagan
Deputy Assistant General Counsel

Steven A. Bieszczat
Attorney

Craig Ewasiuk
Attorney

*Attorneys for Defendants-Appellees*

47884680.1