FILED
Aug 4, 2025
KELLY L. STEPHENS, Clerk

No. 24-1754

**UNITED STATES COURTS OF APPEALS
FOR THE SIXTH CIRCUIT**

YAPP USA AUTOMOTIVE SYSTEMS, INC.

    Plaintiff-Appellant,

v.

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency; JENNIFER A. ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board; LAUREN M. MCFERRAN, in her official capacity as the Chairman of the National Labor Relations Board; MARVIN E. KAPLAN, in his official capacities as Board Members of the National Labor Relations Board; GWYNNE A. WILCOX, in her official capacities as Board Members of the National Labor Relations Board; DAVID M. PROUTY, in his official capacities as Board Members of the National Labor Relations Board; ARTHUR AMCHAN, in his official capacity as an Administrative Law Judge of the National Labor Relations Board

    Defendants-Appellees

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENTWORKERS OF AMERICA, LOCAL 174

    Intervenor

## CORRECTED ORDER

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b)(1), Federal Rules of Appellate Procedure,

It is **ORDERED** that the appeal is dismissed.

        ENTERED PURSUANT TO RULE 45(a)
        RULES OF THE SIXTH CIRCUIT

        _Kelly L. Stephens_
        Kelly L. Stephens, Clerk